```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
                                        :
UNITED STATES OF AMERICA,
                                        :
        v.
                                        :       03-CR-167-S

MARKEL CURRY,                           :
CURTIS VANCE and
DORIAN JENNINGS,                        :
                Defendants.
                                        :
```

## PROTECTIVE ORDER

By way of a notice of motion and motion filed October 19, 2006, the government moved for a protective order and an order directing the return of 3500 and Giglio/impeachment material to be provided by the government to the defendants in connection with the trial of this indictment.  On October 25, 2006, the government's motion was heard by the Court at which time counsel for all defendants stated that there was no objection to the Court granting the protective order and making a determination following the conclusion of the trial as to which of the 3500 and Giglio/impeachment materials must be returned to the government.

**NOW**, and as set forth on the record on October 25, 2006; it is hereby

**ORDERED**, that the government's motion for a protective order concerning 3500 and <u>Giglio</u>/impeachment material is granted; and it is further

**ORDERED**, that 3500 and <u>Giglio</u>/impeachment material provided by the government to the defendants in connection with the trial of this indictment may be used by defense counsel and the defendants solely for the purposes of trial preparation and the trial itself; and it is further

**ORDERED**, that at the conclusion of trial proceedings, the Court shall determine which of the 3500 and <u>Giglio</u>/impeachment materials provided by the government shall be returned to the government.

DATED: Buffalo, New York,
       November 2, 2006.

/s/William M. Skretny
HONORABLE WILLIAM M. SKRETNY
United States District Judge